**Warren S. WRIGHT, Appellant,**

v.

**SPRINT, Respondent.**

**No. WD 62453.**

Missouri Court of Appeals,
Western District.

Aug. 17, 2004.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 28, 2004.

Warren S. Wright, Fairfax, pro se.

Zel Martin Fischer, Rock Port, for Respondent.

Before EDWIN H. SMITH, Chief Judge, HAROLD L. LOWENSTEIN, Judge, and PAUL M. SPINDEN, Judge.

**ORDER**

Warren S. Wright appeals the circuit court's judgment dismissing with prejudice his petition for breach of contract against Sprint for failure to make a submissible case. We affirm. Rule 84.16(b).